UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CHAPTER 7 CASE

Joseph D Banack CASE NO. 10-45247

               Debtor. ORDER
_____

This case is before the court on the motion of U.S. Bank National Association, seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

      1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated September 23, 2008, executed by Joseph D Banack and Heather H Banack, husband and wife, recorded on October 14, 2008, as Document No. 1100154, covering real estate located in Wright County, Minnesota, legally described as:

      Lot Five (5), Block One (1), Island View Estates, Wright County, Minnesota

and may pursue its remedies under state law in connection with the mortgage deed.

      2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: October 14, 2010

                                              /e/ Robert J. Kressel
                                              United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/14/2010
Lori Vosejpka, Clerk, by LMH